EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: | 2007 TSPR 199 |
| Extensión de Términos por motivo de concesión del viernes 23 de noviembre de 2007 | 172 DPR ____ |

Número del Caso: EM-2007-8

Fecha: 9 de noviembre de 2007

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Extensión de Términos
por motivo de concesión
del viernes
23 de noviembre de 2007

RESOLUCIÓN

San Juan, Puerto Rico, a 9 de noviembre de 2007.

El Juez Presidente, Hon. Federico Hernández Denton, ha concedido a los empleados(as) y funcionarios(as) de la Rama Judicial el día viernes, 23 de noviembre de 2007, libre con cargo a vacaciones.

A tales efectos, y en virtud de nuestra facultad para reglamentar los procedimientos judiciales, al computar los términos dispuestos en las distintas leyes y reglas aplicables a los procedimientos y trámites judiciales se aplicará lo dispuesto por los Arts. 388 y 389 del Código Político de 1902, 1 L.P.R.A. secs. 72 y 73 y se considerará el viernes, 23 de noviembre de 2007, como si fuera un día feriado completo. Cualquier término a vencer ese día se extenderá hasta el lunes, 26 de noviembre de 2007, próximo día laborable.

Se ordena la inmediata difusión pública de esta Resolución.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.


Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo